UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED

APR 13 1999

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV. 98-5109 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| HUNT BUILDING CORPORATION and | ) | |
| ELLSWORTH HOUSING LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

The parties have stipulated to the dismissal of plaintiff's claims against defendants, consistent with the terms of a settlement agreement (effective March 2, 1999), which was attached as an exhibit to the stipulation of dismissal. Accordingly, it is

ORDERED that:

1. The United States' claims against defendants are dismissed, with prejudice, consistent with the terms of the settlement agreement.

2. The Court will retain jurisdiction over this matter to enforce the terms of the settlement agreement, if necessary.

3. Each party is to bear its own costs and attorneys' fees.

Dated April 13, 1999.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES SENIOR DISTRICT JUDGE